**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-01913-EWN-OES

DELFINO ORTEGA, Petitioner,

vs.

Ron Leiba, Warden /A.V.C.F., Respondent,

and

The Attorney General of the State of: Colorado, Additional Respondent.

## ORDER

This matter coming on to be heard the 5th day of October 2006 in a status conference and the court being fully advised hereby

ORDERS that the El Paso County District Court, 4th Judicial District, transfer the entire record in the case of *People v. Ortega*, 00CR3433, to the United States District Court, Judge Edward Nottingham, for purposes of consideration of Ortega's petition pursuant to 26 U.S.C. §2254.  The El Paso County District Court shall accomplish this transfer within 20 days of the date of this Order.

Dated:  October 25, 2006                                               s/ Edward W. Nottingham
                                                                                          United States District Judge