IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01913-EWN-MEH

DELFINO ORTEGA,

       Applicant,

v.

RON LEIBA, Warden, A.V.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

       Respondents.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Nottingham, Judge

       Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

       ORDERED that a certificate of appealability will not be issued.

       DATED at Denver, Colorado this 26th day of February, 2007.

       BY THE COURT:

       s/ Edward W. Nottingham
       JUDGE, UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF COLORADO