IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01913-EWN-MEH

DELFINO ORTEGA,

  Applicant,

v.

RON LEIBA, Warden, A.V.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

  Respondents.

## ORDER TO CURE DEFICIENCY

Nottingham, Judge

  Applicant submitted a Notice of Appeal on February 15, 2007. The court has determined that the document is deficient as described in this order. Applicant will be directed to cure the following if he wishes to pursue this appeal.

**(A)**  **Filing Fee**
   _X_ is not submitted

**(B)**  **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action**:
   _X_ is not submitted
   ___ is missing affidavit
   ___ is missing required financial information
   ___ is missing an original signature by the prisoner
   ___ is not on proper form (must use the court's current form)
   ___ other_____

Accordingly, it is

  ORDERED that Applicant cure the deficiencies designated above within thirty (30)

days from the date of this order.  Any papers that Applicant files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Applicant, together with a copy of this order, an original and one copy of the following forms:   Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action.  It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 26th day of February, 2007.

                BY THE COURT:


                s/ Edward W. Nottingham
                JUDGE, UNITED STATES DISTRICT
                COURT FOR THE DISTRICT OF COLORADO