IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 3 2007

GREGORY C. LANGHAM
CLERK

CIVIL ACTION NO. 05-cv-01913-EWN

Delfino Ortega,
    Plaintiff(s),

vs.

Colorado Attorney General, et al.,
    Defendant(s).

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 22nd of March, 2007.

BY THE COURT:

s/ Edward W. Nottingham
Edward W. Nottingham, Judge

## CERTIFICATE OF SERVICE

      I, hereby certify that I have mailed the Order Returning State Court Record to the following non C/M ECF participant on March 23, 2007.

El Paso District Court
20 East Vermijo Avenue
Colorado Springs, Colorado   80903

 

Joe O'Hara, Deputy Clerk