F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 4 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 05-cv-01913-WYD

DELFINO ORTEGA,

      Applicant,

vs.

RON LEIBA, Warden, A.V.C.F. and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO

      Respondents.

---

## ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above

captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

Dated this 23rd day of March, 2010.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01913 WYD

El Paso County District Court
Judicial Building
20 E. Vermijo Ave
Colorado Springs, CO 80903

Dennis W. Hartley, P.C.
**DELIVERED ELECTRONICALLY**

Elizabeth Fraser Rohrbough, Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on 3/24/10 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk